NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANGUARD BUSINESS SOLUTIONS,**
*Appellant*

**v.**

**SECRETARY OF STATE,**
*Appellee*

---

2022-1281

---

Appeal from the Civilian Board of Contract Appeals in No. 6951, Administrative Judge Kyle E. Chadwick, Administrative Judge Harold C. "Chuck" Kullberg, and Administrative Judge Joseph A. Vergilio.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation to dismiss this appeal, which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2        VANGUARD BUSINESS SOLUTIONS v. SECRETARY OF STATE

(2)  Each party shall bear its own costs.

FOR THE COURT

November 30, 2022                      /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: November 30, 2022